**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1070

PAKUJA CRYSTAL VANG,

Plaintiff - Appellant,

v.

VALDESE WEAVER,

Defendant - Appellee,

v.

NORTH CAROLINA; VIRGINIA; WASHINGTON, D.C.; SOUTH CAROLINA,

Third Party Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00251-MR)

Submitted:  June 22, 2023                          Decided:  June 26, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Pakuja Crystal Vang, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pakuja Crystal Vang appeals the district court's order dismissing without prejudice her "third-party complaint."  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Vang v. Valdese Weaver*, 1:22-cv-00251-MR (W.D.N.C. Jan. 3, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*